# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2633

_____

George Spann,                                    *
                                                 *
            Appellant,                           *
                                                 *    Appeal from the United States
       v.                                        *    District Court for the
                                                 *    Eastern District of Arkansas.
Arkansas Department of Finance and               *
Administration,                                  *    [UNPUBLISHED]
                                                 *
            Appellee.                            *

_____

Submitted: June 14, 2006
Filed: June 19, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

       George Spann appeals the district court's[1] adverse grant of summary judgment in his Title VII employment-discrimination suit against his former employer, Arkansas Department of Finance and Administration (AFDA). Having carefully reviewed the record, *see Kincaid v. City of Omaha*, 378 F.3d 799, 803-04 (8th Cir. 2004) (de novo standard of review), we agree with the district court that Spann failed to establish that AFDA's proffered legitimate, nondiscriminatory reason for the adverse actions taken

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

against Spann--continued performance deficiencies--were pretextual. *See Gilooly v. Mo. Dep't of Health & Senior Servs.*, 421 F.3d 734, 739 (8th Cir. 2005) (burden-shifting analysis). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____